# CIVIL COVER SHEET

JS 44 (Rev. 11/04)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Robert C. Dedekam

## DEFENDANTS
Houston Funding II, Ltd.

BZ   ADR

**(b)** County of Residence of First Listed Plaintiff: Humbolt
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE OF LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Robert C. Dedekam - in Pro Per
1824 Buhne Street
Eureka, CA 95501
Tel: 707-443-4456

Attorneys (If Known)
June D. Coleman
Ellis, Coleman, Poirier, LaVoie & Steinheimer, LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: 916-283-8820

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury - Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury - Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | PROPERTY RIGHTS | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | 820 Copyrights | 450 Commerce |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | | 640 R.R. & Truck | 830 Patent | 460 Deportation |
| 151 Medicare Act | 340 Marine | PERSONAL PROPERTY | 650 Airline Regs. | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 370 Other Fraud | 660 Occupational Safety/Health | | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 371 Truth in Lending | 690 Other | SOCIAL SECURITY | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | LABOR | 861 HIA (1395ff) | 810 Selective Service |
| 190 Other Contract | 360 Other Personal Injury | 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 862 Black Lung (923) | 850 Securities/Commodities/Exchange |
| 195 Contract Product Liability | | | | 863 DIWC/DIWW (405(g)) | 875 Customer Challenge 12 USC 3410 |
| 196 Franchise | | | | 864 SSID Title XVI | [X] 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | 720 Labor/Mgmt. Relations | 865 RSI (405(g)) | 891 Agricultural Acts |
| 210 Land Condemnation | 441 Voting | 510 Motion to Vacate Sentence | 730 Labor/Mgmt. Reporting & Disclosure Act | FEDERAL TAX SUITS | 892 Economic Stabilization Act |
| 220 Foreclosure | 442 Employment | Habeas Corpus: | 740 Railway Labor Act | 870 Taxes (U.S. Plaintiff or Defendant) | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 530 General | 790 Other Labor Litigation | 871 IRS - Third Party 26 USC 7609 | 894 Energy Allocation Act |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | 791 Empl. Ret. Inc. Security Act | | 895 Freedom of Information Act |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 540 Mandamus & Other | | | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | 550 Civil Rights | | | 950 Constitutionality of State Statutes |
| | 440 Other Civil Rights | 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. § 45(a)(i)

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ $5000+
- [X] CHECK YES only if demanded in complaint:
- JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: April 3, 2008
SIGNATURE OF ATTORNEY OF RECORD /s/

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

NDC-JS44

# CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On April 18, 2008, I served the following document(s) on the parties in the within action:

**CIVIL COVER SHEET**

|   |   |
|---|---|
|   | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
|   | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
|   | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
|   | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

| | |
|---|---|
| Robert C. Dedekam<br>1824 Buhne Street<br>Eureka, CA 95501 | In Pro Per |
| HSBC Bank Nevada, N.A.<br>P.O. Box 5244<br>Carol Stream, IL 60197 | Defendant |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on April 18, 2008.

By: _____
Jennifer E. Mueller

- 1 -

CERTIFICATION AND NOTICE TO INTERESTED PARTIES

1  Mark E. Ellis - 127159
   June D. Coleman - 191890
2  ELLIS, COLEMAN, POIRIER, LAVOIE,
     & STEINHEIMER LLP
3  555 University Avenue, Suite 200 East
   Sacramento, CA 95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5
   Attorneys for Defendant HOUSTON FUNDING II, LTD., who has also been erroneously named
6  HOUSTON FUNDING CORPORATION

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11 ROBERT C. DEDEKAM,                          Case No.:
                                               Humbolt County Case No.: SC080180
12      Plaintiff,
                                               **NOTICE OF REMOVAL OF ACTION**
13 v.                                          **UNDER 28 USC § 1441(b) (FEDERAL**
                                               **QUESTION)**
14 HOUSTON FUNDING II, LTD., who has also
15 been erroneously named HOUSTON FUNDING
   CORPORATION, SAKS FIFTH AVENUE, AND
16 HSBC BANK NEVADA, N.A.,

17      Defendants.

18

19

20      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

21      PLEASE TAKE NOTICE that defendant HOUSTON FUNDING II, LTD., who has also been

22 erroneously named HOUSTON FUNDING CORPORATION, hereby removes to this Court the state

23 court small claims action described below:

24      1.   On March 20, 2008, an action was commenced in Small Claims Court, State of

25 California, County of Humbolt, entitled ROBERT C. DEDEKAM, Plaintiff, v. SAKS FIFTH

26 AVENUE, et al., as case number SC080180.

27      2.   On March 20, 2008, HOUSTON FUNDING II, LTD., who has also been erroneously

28 named HOUSTON FUNDING CORPORATION, received the Summons and Complaint, attached

- 1 -

NOTICE OF REMOVAL OF ACTION UNDER 28 USC § 1441(b) (FEDERAL QUESTION)

hereto as **Exhibit A**.

3. This Court has jurisdiction to hear this case because this action is a civil action of which this Court has original jurisdiction under **28 U.S.C. § 1331**, and is one which may be removed to this Court by defendant pursuant to the provisions of **28 U.S.C. § 1441(b)** in that it arises under the federal Fair Debt Collection Practices Act (**15 U.S.C. § 1692, *et seq.***).

4. HOUSTON FUNDING II, LTD., who has also been erroneously named HOUSTON FUNDING CORPORATION cannot determine whether any other defendant has been served with the complaint and summons. HOUSTON FUNDING II, LTD., who has also been erroneously named HOUSTON FUNDING CORPORATION, is in the process of confirming that any other defendant consents to the removal of this action.

Dated: April 3, 2008

ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP

By _____
June D. Coleman
Attorney for Defendant
HOUSTON FUNDING II, LTD.

## SC-100 — Plaintiff's Claim and ORDER to Go to Small Claims Court

**Notice to the person being sued:**
- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

**Aviso al Demandado:**
- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Clerk stamps date here when form is filed.*

**FILED MAR 2 0 2008 SUPERIOR COURT OF CALIFORNIA COUNTY OF HUMBOLDT**

*Fill in court name and street address:*
Superior Court of California, County of
SUPERIOR COURT OF CALIFORNIA
COUNTY OF HUMBOLDT
825 FIFTH STREET
EUREKA, CALIFORNIA 95501

*Clerk fills in case number and case name:*
Case Number: SC080180
Case Name:

### Order to Go to Court

The people in ① and ② must go to court: *(Clerk fills out section below.)*

| Trial Date | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| 1. | 5/2/08 | 8:30 AM | #9 | See directory on second floor of the Courthouse. |
| 2. | | | | |
| 3. | | | | |

Date: MAR 2 0 2008    KERRI L. KEENAN, Clerk, by BECKY H., Deputy

**Instructions for the person suing:**
- You are the Plaintiff. The person you are suing is the Defendant.
- *Before* you fill out this form, read Form SC-150, *Information for the Plaintiff (Small Claims)*, to know your rights. Get SC-150 at any courthouse or county law library, or go to: www.courtinfo.ca.gov/forms.
- Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- Go to court on your trial date listed above. Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2008, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER to Go to Small Claims Court** (Small Claims)


EXHIBIT A

Plaintiff *(list names):* ROBERT C. DEDEKAM

Case Number: _____

**① The Plaintiff (the person, business, or public entity that is suing) is:**
Name: ROBERT C. DEDEKAM          Phone: (707) 443-4456
Street address: 1824 BUHNE ST ___ EUREKA ___ CA ___ 95501
  Street                              City              State   Zip
Mailing address *(if different):* _____
  Street                              City              State   Zip

**If more than one Plaintiff, list next Plaintiff here:**
Name: _____           Phone: ( )
Street address: _____
  Street                              City              State   Zip
Mailing address *(if different):* _____
  Street                              City              State   Zip

☐ *Check here if more than 2 Plaintiffs and attach Form SC-100A.*
☐ *Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*

**② The Defendant (the person, business, or public entity being sued) is:**
Name: SAKS FIFTH AVENUE          Phone: (415) 986-4300
Street address: 384 POST ST ___ SAN FRANCISCO ___ CA ___ 94108
  Street                              City              State   Zip
Mailing address *(if different):* _____
  Street                              City              State   Zip

**If more than one Defendant, list next Defendant here:**
Name: HOUSTON FUNDING II LTC          Phone: (866) 473-6417
Street address: UNKNOWN
  Street                              City              State   Zip
Mailing address *(if different):* PO BOX 4115 ___ CONCORD ___ CA ___ 94524
  Street                              City              State   Zip

☒ *Check here if more than 2 Defendants and attach Form SC-100A.*
☐ *Check here if any Defendant is on active military duty, and write his or her name here:* _____

**③ The Plaintiff claims the Defendant owes $ IN EXCESS OF $5000.00** *(Explain below):*
a. Why does the Defendant owe the Plaintiff money? SEE ATTACHED DECLARATION
_____

b. When did this happen? *(Date):* _____
  If no specific date, give the time period: Date started: 3/28/07 Through THIS DATE
c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)* TWO FINAL
JUDGEMENTS, SPECIAL DAMAGES, PLUS GENERAL DAMAGES
☒ *Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.*

Revised January 1, 2008      **Plaintiff's Claim and ORDER to Go to Small Claims Court**      SC-100, Page 2 of 5 →
                             (Small Claims)

| | Case Number: |
|---|---|

Plaintiff (list names): ROBERT C. DEDEKAM

④ **You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this?** ☐ Yes ☒ No
If no, explain why not: SEE ATTACHMENT

⑤ **Why are you filing your claim at this courthouse?**
This courthouse covers the area (check the one that applies):
a. ☒ (1) Where the Defendant lives or does business.   (4) Where a contract (written or spoken) was made,
    (2) Where the Plaintiff's property was damaged.   signed, performed, or broken by the Defendant or
    (3) Where the Plaintiff was injured.   where the Defendant lived or did business when
       the Defendant made the contract.

b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*

c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*

d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*

e. ☒ Other (specify): DEFENDANTS ACTS WERE DONE IN THIS COUNTY

⑥ **List the zip code of the place checked in ⑤ above** (if you know): 95501

⑦ **Is your claim about an attorney-client fee dispute?** ☐ Yes ☒ No
If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here: ☐

⑧ **Are you suing a public entity?** ☐ Yes ☒ No
If yes, you must file a written claim with the entity first. ☐ A claim was filed on (date): _____
If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.

⑨ **Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes ☒ No   If yes, the filing fee for this case will be higher.

⑩ I understand that by filing a claim in small claims court, I have no right to appeal this claim.

⑪ I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 3/19/08   ROBERT C. DEDEKAM   ▶ [signature]
    *Plaintiff types or prints name here*   *Plaintiff signs here*

Date: _____   _____   ▶
    *Second Plaintiff types or prints name here*   *Second Plaintiff signs here*



**Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civil Code, § 54.8.)*

|  | Case Number: |
|---|---|

# SC-100A   Other Plaintiffs or Defendants

☑ This form is attached to Form SC-100, item 1 or 2.

**(1)** **If more than 2 plaintiffs (person, business, or entity suing), list their information below:**

Other plaintiff's name: _____

Street address: _____ Phone: (___) _____

City: _____ State: _____ Zip: _____

Mailing address (if different): _____

City: _____ State: _____ Zip: _____

Is this plaintiff doing business under a fictitious name? ☐ Yes ☐ No  If yes, attach Form SC-103.

Other plaintiff's name: _____

Street address: _____ Phone: (___) _____

City: _____ State: _____ Zip: _____

Mailing address (if different): _____

City: _____ State: _____ Zip: _____

Is this plaintiff doing business under a fictitious name? ☐ Yes ☐ No  If yes, attach Form SC-103.

☐ Check here if more than 4 plaintiffs and fill out and attach another Form SC-100A.

**(2)** **If more than 2 defendants (person, business, or entity being sued), list their information below:**

Other defendant's name: HOUSTON FUNDING CORPORATION

Street address: 2620 FOUNTAINVIEW SUITE 305  Phone: (782) 0388

City: HOUSTON, TX   State: TX   Zip: 77057

Mailing address (if different): _____

City: _____ State: _____ Zip: _____

Other defendant's name: HSBC BANK NEVADA, NA

Street address: UNKNOWN   Phone: (___) UNKNOWN

City: _____ State: _____ Zip: _____

Mailing address (if different): PO BOX 5244

City: CAROL STREAM   State: IL   Zip: 60197-3104

☐ Check here if more than 4 defendants and fill out and attach another Form SC-100A.

**(3)** I understand that by filing a claim in small claims court, I have no right to appeal this claim.

**(4)** I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare under penalty of perjury under California state law that the information above and on any attachments to this form is true and correct.

Date: 4/19/08   ROBERT C. DEDEKAM   [signed] Robert C. Ded...
     Type or print your name   Sign your name

Date: _____   _____   _____
     Type or print your name   Sign your name

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2007, Mandatory Form
Code of Civil Procedure, § 116.110 et seq.
**Other Plaintiffs or Defendants**
(Attachment to Plaintiff's Claim and ORDER to Go to Small Claims Court)
SC-100A, Page ___ of ___
American LegalNet, Inc.
www.FormsWorkflow.com

MC-031

| PLAINTIFF/PETITIONER: ROBERT C. DEDEKAM | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

Incorporated herein are the final judgements in actions SC 10906 and SC 040593. Both judgements of this court are Res Judicate of this court as to the actions of defendant Saks Fifth Avenue as "invasion of privacy, reckless and intentional collection efforts on a non existant debt. Also tort in essence 15 USC 45 (a)(i) giving rise to extreme emotional distress..." The former action is partially satisfied, while the judgement in the latter action is fully satisfied.

The remaining defendants are collection agents of defendant Saks Fifth Avenue. They continue to attempt to collect, for the past year on the aforesaid debt that has been twice adjudicated not to exist. Even if the debt had ever existed, the Statute of Limitations ran many years ago. The defendants continue to attempt to collect, and will continue to damage plaintiff where substantial damages are amount

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3/14/08

ROBERT C. DEDEKAM
(TYPE OR PRINT NAME)

Robt C. Dedekam
(SIGNATURE OF DECLARANT)

☐ Attorney for ☒ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☐ Other *(Specify)*:

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1

American LegalNet, Inc.
www.USCourtForms.com