```
 1  Mark E. Ellis - 127159
    June D. Coleman - 191890
 2  ELLIS, COLEMAN, POIRIER, LAVOIE,
      & STEINHEIMER LLP
 3  555 University Avenue, Suite 200 East
    Sacramento, CA  95825
 4  Tel: (916) 283-8820
    Fax: (916) 283-8821
 5
    Attorneys for Defendant HOUSTON FUNDING II, LTD.
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10
11  ROBERT C. DEDEKAM,                 Case No.: 2049
                                       Humbolt County Case No.: SC080180
12       Plaintiff,
                                       REQUEST FOR JURY DEMAND
13  v.
14  SAKS FIFTH AVENUE, and HOUSTON
    FUNDING II, LTD.,
15
         Defendants.
16
17
18       Defendant HOUSTON FUNDING II, LTD., hereby demands a jury trial in this matter.
19  Dated: April 3, 2008
                                       ELLIS, COLEMAN, POIRIER, LAVOIE, &
20                                       STEINHEIMER LLP
21
                                       By _____
22                                        June D. Coleman
                                          Attorney for Defendant
23                                        HOUSTON FUNDING II, LTD.
```

FILED APR 18 2007 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

E-filing

BZ

BY FAX

- 1 -

REQUEST FOR JURY DEMAND

**CERTIFICATE OF SERVICE**

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On April 18, 2008, I served the following document(s) on the parties in the within action:

**REQUEST FOR JURY DEMAND**

|   | |
|---|---|
|   | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
|   | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
|   | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
|   | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

| | |
|---|---|
| Robert C. Dedekam<br>1824 Buhne Street<br>Eureka, CA 95501 | In Pro Per |
| HSBC Bank Nevada, N.A.<br>P.O. Box 5244<br>Carol Stream, IL 60197 | Defendant |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on April 18, 2008.

By: /s/ Jennifer E. Mueller
Jennifer E. Mueller

REQUEST FOR JURY DEMAND