1  Mark E. Ellis - 127159
   June D. Coleman - 191890
2  ELLIS, COLEMAN, POIRIER, LAVOIE,
     & STEINHEIMER LLP
3  555 University Avenue, Suite 200 East
   Sacramento, CA 95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5
   Attorneys for Defendant HOUSTON FUNDING II, LTD.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                                              CV 08 2049

11 ROBERT C. DEDEKAM,                Case No.:
                                     Humbolt County Case No.: SC080180
12       Plaintiff,
                                     **CERTIFICATION AND NOTICE TO**
13 v.                                **INTERESTED PARTIES**

14 SAKS FIFTH AVENUE, and HOUSTON
   FUNDING II, LTD.,                              BY FAX
15
         Defendants.
16

17

18       The undersigned, counsel of record for Defendant HOUSTON FUNDING II, LTD., certifies

19 that the following listed parties have a direct, pecuniary interest in the outcome of this case. These

20 representations are made to enable the Court to evaluate possible disqualification or recusal.

21       1.    ROBERT C. DEDEKAM, Plaintiff

22       2.    SAKS FIFTH AVENUE, Defendant; and

23       3.    HOUSTON FUNDING II, LTD., Defendant.

24 Dated: April 3, 2008

25                                   ELLIS, COLEMAN, POIRIER, LAVOIE, &
                                         STEINHEIMER LLP
26
                                     By _____
27                                       June D. Coleman
                                         Attorney for Defendant
28                                       HOUSTON FUNDING II, LTD.

                                        - 1 -

               CERTIFICATION AND NOTICE TO INTERESTED PARTIES

**CERTIFICATE OF SERVICE**

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On April 18, 2008, I served the following document(s) on the parties in the within action:

**CERTIFICATION AND NOTICE TO INTERESTED PARTIES**

|   |   |
|---|---|
|   | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
|   | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
|   | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
|   | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

| | |
|---|---|
| Robert C. Dedekam<br>1824 Buhne Street<br>Eureka, CA 95501 | In Pro Per |
| HSBC Bank Nevada, N.A.<br>P.O. Box 5244<br>Carol Stream, IL 60197 | Defendant |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on April 18, 2008.

By. _____
Jennifer E. Mueller

- 3 -

CERTIFICATION AND NOTICE TO INTERESTED PARTIES