1  Mark E. Ellis - 127159
   June D. Coleman - 191890
2  ELLIS, COLEMAN, POIRIER, LAVOIE,
      & STEINHEIMER LLP
3  555 University Avenue, Suite 200 East
   Sacramento, CA  95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821

5

6  Attorneys for Defendant HOUSTON FUNDING II, LTD., who has also been erroneously named
   HOUSTON FUNDING CORPORATION

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  ROBERT C. DEDEKAM,                    Case No.:

12                                         Humbolt County Case No.: SC080180
        Plaintiff,
13                                         **CERTIFICATE OF SERVICE OF NOTICE
    v.                                     TO ADVERSE PARTY OF REMOVAL TO
14                                         FEDERAL COURT**
    HOUSTON FUNDING II, LTD., who has also
15  been erroneously named HOUSTON FUNDING
    CORPORATION, SAKS FIFTH AVENUE, AND
16  HSBC BANK NEVADA, N.A.,

17      Defendants.

18

19      I, Jennifer E. Mueller, certify and declare as follows:

20      I am over the age of 18 years and not a party to this action.  My business address is 555

21  University Avenue, Suite 200 East, which is located in the city and county of Sacramento, California.

22      On April 18, 2008, I deposited into the U.S. mail a copy of the Notice to Adverse Party of

23  Removal to Federal Court, a copy of which is attached to this Certificate as **Exhibit 1**, to Plaintiff

24  ROBERT C. DEDEKAM.

25      I declare under penalty of perjury that the foregoing is true and correct.

26  DATED:  April 18, 2008

27                              By
                                    Jennifer E. Mueller
28

                                - 1 -

1   Mark E. Ellis - 127159
    June D. Coleman - 191890
2   ELLIS, COLEMAN, POIRIER, LAVOIE,
      & STEINHEIMER LLP
3   555 University Avenue, Suite 200 East
    Sacramento, CA  95825
4   Tel: (916) 283-8820
    Fax: (916) 283-8821
5
    Attorneys for Defendant HOUSTON FUNDING II, LTD.
6

7

8                      SUPERIOR COURT FOR THE STATE OF CALIFORNIA

9                                    HUMBOLT COUNTY

10                               SMALL CLAIMS DIVISION

11

12   ROBERT C. DEDEKAM,                        | Case No.: SC080180

13        Plaintiff,                           | NOTICE TO ADVERSE PARTY OF
                                               | REMOVAL OF ACTION TO FEDERAL
14   v.                                        | COURT

15   SAKS FIFTH AVENUE, and HOUSTON
     FUNDING II, LTD.,
16
          Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

                                        - 1 -

                                                              **EXHIBIT**

             NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL

1    To Plaintiff, and the Small Claims Court of Humbolt County:

2    PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed in the United

3    States District Court for the Northern District of California on April 16, 2008, federal case number

4    pending.

5    A copy of the said Notice of Removal is attached to this Notice as **Exhibit A**, and is served and

6    filed herewith.

7    Dated: April 3, 2008

ELLIS, COLEMAN, POIRIER, LAVOIE, &
8                                           STEINHEIMER LLP

9
By _____
10                                          June D. Coleman
Attorney for Defendant
11                                          HOUSTON FUNDING II, LTD.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

1 | Mark E. Ellis - 127159
June D. Coleman - 191890
2 | ELLIS, COLEMAN, POIRIER, LAVOIE,
& STEINHEIMER LLP
3 | 555 University Avenue, Suite 200 East
Sacramento, CA 95825
4 | Tel: (916) 283-8820
Fax: (916) 283-8821

5

Attorneys for Defendant HOUSTON FUNDING II, LTD., who has also been erroneously named
6 | HOUSTON FUNDING CORPORATION

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11

ROBERT C. DEDEKAM,                          Case No.:
12 |                                             Humbolt County Case No.: SC080180
      Plaintiff,
13 |                                             **NOTICE OF REMOVAL OF ACTION
      v.                                          UNDER 28 USC § 1441(b) (FEDERAL
14 |                                               QUESTION)**
      HOUSTON FUNDING II, LTD., who has also
15 | been erroneously named HOUSTON FUNDING
      CORPORATION, SAKS FIFTH AVENUE, AND
16 | HSBC BANK NEVADA, N.A.,

17 |      Defendants.

18

19

20 |     TO THE CLERK OF THE ABOVE-ENTITLED COURT:

21 |     PLEASE TAKE NOTICE that defendant HOUSTON FUNDING II, LTD., who has also been

22 | erroneously named HOUSTON FUNDING CORPORATION, hereby removes to this Court the state

23 | court small claims action described below:

24 |     1.     On March 20, 2008, an action was commenced in Small Claims Court, State of

25 | California, County of Humbolt, entitled ROBERT C. DEDEKAM, Plaintiff, v. SAKS FIFTH

26 | AVENUE, et al., as case number SC080180.

27 |     2.     On March 20, 2008, HOUSTON FUNDING II, LTD., who has also been erroneously

28 | named HOUSTON FUNDING CORPORATION, received the Summons and Complaint, attached

- 1 -

**EXHIBIT**

A

NOTICE OF REMOVAL OF ACTION UNDER 28 USC § 1441(b) (FEDERAL QU

1

**CERTIFICATE OF SERVICE**

2

I, Jennifer E. Mueller, declare:

3

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or

4

interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East,

5

Sacramento, CA 95825.

6

On April 18, 2008, I served the following document(s) on the parties in the within action:

7

**NOTICE OF REMOVAL OF ACTION UNDER 28 USC § 1441(b) (FEDERAL QUESTION)**

8

9

10

| | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
|---|---|
| **X** | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

11

12

13

14

15

16

17

18

19

| Robert C. Dedekam<br>1824 Buhne Street<br>Eureka, CA 95501 | In Pro Per |
|---|---|
| HSBC Bank Nevada, N.A.<br>P.O. Box 5244<br>Carol Stream, IL 60197 | Defendant |

20

21

22

23

I declare under penalty of perjury under the laws of the State of California that the foregoing is

24

a true and correct statement and that this Certificate was executed on April 18, 2008.

25

26

By

Jennifer E. Mueller

27

28

1  hereto as **Exhibit A**.

2       3.       This Court has jurisdiction to hear this case because this action is a civil action of which

3  this Court has original jurisdiction under **28 U.S.C. § 1331**, and is one which may be removed to this

4  Court by defendant pursuant to the provisions of **28 U.S.C. § 1441(b)** in that it arises under the federal

5  Fair Debt Collection Practices Act (**15 U.S.C. § 1692**, *et seq.*).

6       4.       HOUSTON FUNDING II, LTD., who has also been erroneously named HOUSTON

7  FUNDING CORPORATION cannot determine whether any other defendant has been served with the

8  complaint and summons.   HOUSTON FUNDING II, LTD., who has also been erroneously named

9  HOUSTON FUNDING CORPORATION, is in the process of confirming that any other defendant

10  consents to the removal of this action.

11  Dated: April 3, 2008

12                                              ELLIS, COLEMAN, POIRIER, LAVOIE, &
                                                STEINHEIMER LLP

13

14                                         By
                                              June D. Coleman

15                                            Attorney for Defendant
                                              HOUSTON FUNDING II, LTD.

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

# SC-100

## Plaintiff's Claim and ORDER to Go to Small Claims Court

Clerk stamps date here when form is filed.

FILED

MAR 2 0 2008

SUPERIOR COURT OF CALIFORNIA
COUNTY OF HUMBOLDT

### Notice to the person being sued:

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

### Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

Fill in court name and street address:

Superior Court of California, County of
SUPERIOR COURT OF CALIFORNIA
COUNTY OF HUMBOLDT
825 FIFTH STREET
EUREKA, CALIFORNIA 95501

Clerk fills in case number and case name:

Case Number: SC080180

Case Name:

## Order to Go to Court

The people in ① and ② must go to court: *(Clerk fills out section below.)*

| Trial Date | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| | 1. 5/2/08 | 8:30 AM | | |
| | 2. | | | #9  See directory on second floor |
| | 3. | | | of the Courthouse. |

Date: MAR 2 0 2008      KERRI L. KEENAN
Clerk, by _____ BECKY H. _____, Deputy

### Instructions for the person suing:

You are the Plaintiff. The person you are suing is the Defendant.

- *Before* you fill out this form, read Form SC-150, *Information for the Plaintiff (Small Claims)*, to know your rights. Get SC-150 at any courthouse or county law library, or go to: *www.courtinfo.ca.gov/forms*
- Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- Go to court on your trial date listed above. Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2008, Mandatory Form.
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER to Go to Small Claims Court**
**(Small Claims)**



EXHIBIT
A

Plaintiff *(list names):* ROBERT C. DEDEKAM

Case Number:

**(1) The Plaintiff (the person, business, or public entity that is suing) is:**

Name: ROBERT C. DEDEKAM                                Phone: (707) 443-4456

Street address: 1824 BUHNE ST          EUREKA          CA          95501
              *Street*                             *City*          *State*      *Zip*

Mailing address *(if different):*
                         *Street*                             *City*          *State*      *Zip*

**If more than one Plaintiff, list next Plaintiff here:**

Name:                                                  Phone: (   )

Street address:
               *Street*                             *City*          *State*      *Zip*

Mailing address *(if different):*
                         *Street*                             *City*          *State*      *Zip*

☐ *Check here if more than 2 Plaintiffs and attach Form SC-100A.*

☐ *Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*

**(2) The Defendant (the person, business, or public entity being sued) is:**

Name: SAKS FIFTH AVENUE                                Phone: (415) 986-4300

Street address: 384 POST ST          SAN FRANCISCO          CA          94108
               *Street*                             *City*          *State*      *Zip*

Mailing address *(if different):*
                         *Street*                             *City*          *State*      *Zip*

**If more than one Defendant, list next Defendant here:**

Name: HOUSTON FUNDING II LTC                           Phone: (866) 473-6477

Street address: UNKNOWN
               *Street*                             *City*          *State*      *Zip*

Mailing address *(if different):* PO BOX 4115          CONCORD          CA          94524
                         *Street*                             *City*          *State*      *Zip*

☒ *Check here if more than 2 Defendants and attach Form SC-100A.*

☐ *Check here if any Defendant is on active military duty, and write his or her name here:*

**(3) The Plaintiff claims the Defendant owes $** IN EXCESS OF $500.00 *(Explain below).*

a. Why does the Defendant owe the Plaintiff money?    SEE ATTACHED DECLARATION

b. When did this happen? *(Date):*

   If no specific date, give the time period: *Date started:* 3/23/07    *Through* THIS DATE

c. How did you calculate the money owed to you? *(Do not include court costs or fees for service)* TWO FINAL

JUDGEMENTS, SPECIAL DAMAGES, PLUS GENERAL DAMAGES

☒ *Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.*

**Plaintiff's Claim and ORDER
to Go to Small Claims Court
(Small Claims)**

Case Number:

Plaintiff *(list names):* ROBERT C. DEDEKAM

**(4) You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this?**  ☐ Yes ☒ No

*If no, explain why not:* SEE ATTACHMENT

**(5) Why are you filing your claim at this courthouse?**

This courthouse covers the area *(check the one that applies):*

a. ☒ (1) Where the Defendant lives or does business.
     (2) Where the Plaintiff's property was damaged.
     (3) Where the Plaintiff was injured.

     (4) Where a contract (written or spoken) was made, signed, performed, or broken by the Defendant *or* where the Defendant lived or did business when the Defendant made the contract.

b. ☐ Where the buyer or lessee signed the contract. lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*

c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*

d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*

e. ☒ Other *(specify):* DEFENDANTS ACTS WERE DONE IN THIS COUNTY

**(6) List the zip code of the place checked in (5) above** *(if you know):* ____

**(7) Is your claim about an attorney-client fee dispute?** ☐ Yes ☒ No
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* ☐

**(8) Are you suing a public entity?** ☐ Yes ☒ No
*If yes, you must file a written claim with the entity first.* ☐ A claim was filed on *(date):* ____
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

**(9) Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes ☒ No  *If yes, the filing fee for this case will be higher.*

**(10) I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

**(11) I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.**

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date 3/10/06     ROBERT C. DEDEKAM          ▶
                *Plaintiff types or prints name here*      *Plaintiff signs here*

Date:                                 ▶
         *Second Plaintiff types or prints name here*     *Second Plaintiff signs here*



**Requests for Accommodations**

Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for form MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civil Code, § 54.8.)*

Case Number:

## SC-100A    Other Plaintiffs or Defendants

☑ This form is attached to Form SC-100, item 1 or 2.

**(1) If more than 2 plaintiffs (person, business, or entity suing), list their information below:**

Other plaintiff's name: _____

Street address: _____ Phone: (_____)_____

City: _____ State: _____ Zip: _____

Mailing address *(if different):* _____

City: _____ State: _____ Zip: _____

Is this plaintiff doing business under a fictitious name? ☐ Yes ☐ No *If yes, attach Form SC-103.*

Other plaintiff's name: _____

Street address: _____ Phone: (_____)_____

City: _____/_____ State: _____ Zip: _____

Mailing address *(if different):* _____

City: _____ State: _____ Zip: _____

Is this plaintiff doing business under a fictitious name? ☐ Yes ☐ No *If yes, attach Form SC-103.*

☐ Check here if more than 4 plaintiffs and fill out and attach another Form SC-100A.

**(2) If more than 2 defendants (person, business, or entity being sued), list their information below:**

Other defendant's name: HOUSTON FUNDING CORPORATION

Street address: 2620 FOUNTAINVIEW SUITE 305 Phone: (782) 1089

City: HOUSTON, TX State: TX Zip: 77057

Mailing address *(if different):* _____

City: _____ State: _____ Zip: _____

Other defendant's name: HSBC BANK NEVADA NA

Street address: UNKNOWN Phone: (____) UNKNOWN

City: _____ State: _____ Zip: _____

Mailing address *(if different):* PO BOX 5244

City: CAROL STREAM State: ILL Zip: 60197 - 3104

☐ Check here if more than 4 defendants and fill out and attach another Form SC-100A.

**(3)** I understand that by filing a claim in small claims court, I have no right to appeal this claim.

**(4)** I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare under penalty of perjury under California state law that the information above and on any attachments to this form is true and correct.

Date: 4-18-08    ROBERT C. PEDERAN    Sign your name _____
              *Type or print your name*        *Sign your name*

Date: _____    _____    _____
              *Type or print your name*        *Sign your name*

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2007, Mandatory Form
Code of Civil Procedure, § 116,110 et seq.

**Other Plaintiffs or Defendants**
(Attachment to Plaintiff's Claim and ORDER to Go to Small Claims Court)

SC-100A, Page ___ of ___
American LegalNet, Inc
www.FormsWorkflow.com

MC-031

| PLAINTIFF/PETITIONER: Robert C. Dedekam | CASE NUMBER: |
| DEFENDANT/RESPONDENT: | |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

Incorporated herein are the final judgements in actions SC 10306 and SC 040593. Both judgements of this court are Res Judicata of this court as to the actions of defendant Saks Fifth Avenue as "invasion of privacy, reckless and intentional collection efforts on a non existent debt, also tort in issues 15 US 45 (a)(.) giving rise to extreme emotional distress..." The former action is partially satisfied, while the judgement in the latter action is fully satisfied.

The remaining defendants are collection agents of defendant Saks Fifth Avenue. They continue to attempt to collect, for the past year, on the aforesaid debt that has been twice adjudicated not to exist. Even if the debt had ever existed, the Statute of Limitations ran many years ago. The defendants continue to attempt to collect, and will continue to damage plaintiff unless substantial damages are awarded.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3/11/08

Robert C. Dedekam
*(TYPE OR PRINT NAME)*

Robt C. Dedekam
*(SIGNATURE OF DECLARANT)*

☐ Attorney for ☒ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☐ Other *(Specify):*

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1
American LegalNet, Inc.
www.USCourtForms.com

1

## CERTIFICATE OF SERVICE

2

I, Jennifer E. Mueller, declare:

3

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or

4

interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East,

5

Sacramento, CA 95825.

6

On April 18, 2008, I served the following document(s) on the parties in the within action:

7

## NOTICE OF REMOVAL OF ACTION UNDER 28 USC § 1441(b) (FEDERAL QUESTION)

8

9

10

| | |
|---|---|
| | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
| **X** | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

11

12

13

14

15

16

17

18

19

| | |
|---|---|
| Robert C. Dedekam<br>1824 Buhne Street<br>Eureka, CA 95501 | In Pro Per |
| HSBC Bank Nevada, N.A.<br>P.O. Box 5244<br>Carol Stream, IL 60197 | Defendant |

20

21

22

23

I declare under penalty of perjury under the laws of the State of California that the foregoing is

24

a true and correct statement and that this Certificate was executed on April 18, 2008.

25

26

By

27

Jennifer E. Mueller

28

- 3 -

1

**CERTIFICATE OF SERVICE**

2

I, Jennifer E. Mueller, declare:

3

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or

4

interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East,

5

Sacramento, CA 95825.

6

On April 18, 2008, I served the following document(s) on the parties in the within action:

7

**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

8

| | |
|---|---|
| 9 10 | **VIA ELECTRONIC SERVICE:** The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
| 11 **X** 12 | **BY MAIL:** I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| 13 14 | **BY HAND:** The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____ _____, addressed as follows: |
| 15 16 | **VIA FACSIMILE:** The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
| 17 | **VIA OVERNIGHT SERVICE:** The above-described document(s) will be delivered by overnight service, to the following: |

18

| | |
|---|---|
| 19 20 | Robert C. Dedekam 1824 Buhne Street Eureka, CA 95501 | In Pro Per |
| 21 22 | HSBC Bank Nevada, N.A. P.O. Box 5244 Carol Stream, IL  60197 | Defendant |

23

24

I declare under penalty of perjury under the laws of the State of California that the foregoing is

25

a true and correct statement and that this Certificate was executed on April 18, 2008.

26

By _____

27

Jennifer E. Mueller

28

- 2 -

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT