UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. DEDEKAM,<br><br>       Plaintiff(s),<br><br>  v.<br><br>HOUSTON FUNDING II, LTD.,<br>who has erroneously named<br>HOUSTON FUNDING CORP.; SAKS<br>FIFTH AVENUE and HSBC BANK<br>NEVADA, N.A.,<br><br>       Defendant(s). | No. C08-2049 BZ<br><br>**ORDER REASSIGNING CASE** |

Inasmuch as this matter was removed from the Humboldt County Superior Court's Small Claims Division, **IT IS HEREBY ORDERED** that this matter be reassigned to the Honorable Nandor J. Vadas, who sits in Eureka. The case management conference presently set on my calendar for August 4, 2008 is **VACATED**. Judge Vadas will schedule a new date. All other dates contained in the Initial Case Management Conference Scheduling Order remain in force.

Dated: April 28, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\dedekam reassign order.wpd

1