1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. DEDEKAM, | No. C 08-2049 NJV |
| Plaintiff, | ORDER SETTING CASE MANAGEMENT CONFERENCE |
| HOUSTON FUNDING II, LTD., who has erroneously named HOUSTON FUNDING CORP.; SAKS FIFTH AVENUE and HSBC BANK NEVADA, N.A. , | |
| Defendants. / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The case management conference previously set for August 4, 2008 is vacated. The new date and time for case management conference is August 5, 2008 at 1:00 p.m. at 514 H Street, 2nd Floor, Eureka, California. All other dates contained in the Initial Case Management Conference Scheduling Order remain in force.

Dated: April 29, 2008

_____
NANDOR J. VADAS
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Dedekam,                                             No.  C 08-2049 NJV

V.                                                   CERTIFICATE OF SERVICE

HOUSTON FUNDING
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 29, 2008, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

Robert Dedekam
1824 Buhne Street
Eureka, CA 95501

                                                     RICHARD W. WIEKING, CLERK

                                                     By:/s/_____
                                                            Deputy Clerk