IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. DEDEKAM, | No. C 08-2049 NJV |
| Plaintiff, | ORDER TO E-FILE |
| HOUSTON FUNDING II, LTD., who has erroneously named HOUSTON FUNDING CORP.; SAKS FIFTH AVENUE and HSBC BANK NEVADA, N.A. , | |
| Defendants. / | |

    In accordance with the Local Rules, this matter has been designated for e-filing. All parties not currently registered to e-file should do so.

Dated: April 30, 2008

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Dedekam,                                           No.  C 08-2049 NJV

V.                                                 CERTIFICATE OF SERVICE

HOUSTON FUNDING
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 30, 2008, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

Robert Dedekam
1824 Buhne Street
Eureka, CA 95501


                                   RICHARD W. WIEKING, CLERK


                                   By:/s/_____
                                          \_ Deputy Clerk