**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**May 2, 2008**

**CASE NUMBER:  CV 08-02049 BZ**
**CASE TITLE:  ROBERT C DEDEKAM-v-SAKS FIFTH AVENUE**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Eureka** division.

**Honorable Nandor J. Vadas** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **NJV** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/2/08

FOR THE EXECUTIVE COMMITTEE:

_____
                    Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 5/2/08ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel

Transferor CSA