Paul A. Brisso, CSB #81593
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586
pbrisso@mitchelllawfirm.com

Attorneys for plaintiff
ROBERT C. DEDEKAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. DEDEKAM,<br><br>    Plaintiff,<br><br>v.<br><br>HOUSTON FUNDING II, LTD., who has also been erroneously named HOUSTON FUNDING CORP.; SAKS FIFTH AVENUE and HSBC BANK NEVADA, N. A.,<br><br>    Defendants. | CASE NO.: C 08-2049 NJV<br><br>**NOTICE OF APPEARANCE** |

   Plaintiff Robert C. Dedekam is represented in the referenced matter by the law offices of Mitchell, Brisso, Delaney & Vrieze, by Paul A. Brisso, 814 Seventh Street, P.O. Drawer 1008, Eureka, CA, 95502; telephone: (707) 443-5643, fax: (707) 444-9586, e-mails: pbrisso@mitchelllawfirm.com and kparker@mitchelllawfirm.com.

Dated: May 13, 2008

                                   MITCHELL, BRISSO, DELANEY & VRIEZE

                                   /s/ Paul A. Brisso

                                   By: _____
                                   Paul A. Brisso, attorneys for plaintiff

## PROOF OF SERVICE

I am a citizen of the United States and a resident of the County of Humboldt, over the age of eighteen years and not a party to or interested in the within entitled cause, my business address is 814 Seventh Street, Eureka, California.

On this date, I served the following documents:

### NOTICE OF APPEARANCE

__A__  By placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and mailing on this date and at the place shown, to the party(ies) and at the address(es) set forth below. I am readily familiar with the practice of this business for collecting and processing documents for mailing. On the same day that documents are placed for collection and mailing, they are deposited in the ordinary course of business with the United States Postal Service at Eureka, California.

__B__  By electronic e-filing per court order

__C__  By personally delivering a true copy thereof to the party(ies) and at the address(es) as set forth below.

_____  By personally faxing a true copy thereof to the party(ies) and at the facsimile number(s) as set forth below.

I declare under penalty of perjury that the foregoing is true and correct. Executed On May 14, 2008, at Eureka, California.

*Kathy Parker*
Kathy Parker

| | |
|---|---|
| HSBC Bank Nevada, N. A.<br>PO Box 5244<br>Carol Stream, IL 60197 | A, *def. HSBC Bank Nevada, N. A.* |
| Mark E. Ellis<br>June D. Coleman<br>ELLIS, COLEMAN, POIRIER,<br>LAVOIE & STEINHEIMER, LLP<br>555 University Ave., Ste. 200 East<br>Sacramento, CA 95825 | B<br>*Attorneys for def. Houston Funding II, Ltd.* |
| Magistrate Judge Nandor J. Vadas<br>U.S. Dist. Court for No. California<br>514 H Street<br>Eureka, CA 95501 | C |

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

PROOF OF SERVICE