June D. Coleman - 191890
David B. Leas - 238326
ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for
DEFENDANTS HOUSTON FUNDING II, LTD. AND HOUSTON FUNDING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| ROBERT C. DEDEKAM, | Case No.: 08-02049 NJV |
|---|---|
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| HOUSTON FUNDING COPORATION erroneously sued; HOUSTON FUNDING II, LTD., SAKS FIFTH AVENUE, AND HSBC BANK NEVADA, N.A., | |
| Defendants. | |

All parties appear to have reached a settlement in this case, and the undersigned anticipate that the settlement documents will be executed and the case dismissed within 30 days.

Dated: July 28, 2008                Ellis, Coleman, Poirier, LaVoie, & Steinheimer LLP

By  /s June D. Coleman
June D. Coleman
Attorney for
DEFENDANTS HOUSTON FUNDING II, LTD.
AND HOUSTON FUNDING CORPORATION

Dated: July 28, 2008                MITCHELL, BRISSO, DELANEY & VRIEZE

By      /s Paul Brisso
Paul Brisso
Attorney for Plaintiff ROBERT DEDKAM

- 1 -

JOINT STATUS REPORT