1  Mark E. Ellis - 127159
   June D. Coleman - 191890
2  ELLIS, COLEMAN, POIRIER, LAVOIE,
     & STEINHEIMER LLP
3  555 University Avenue, Suite 200 East
   Sacramento, CA  95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5
   Attorneys for Defendant HOUSTON FUNDING II, LTD., who has also been erroneously named
6  HOUSTON FUNDING CORPORATION

7

8                        UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  ROBERT C. DEDEKAM, | Case No.: C 08-02049 CW |
| 12       Plaintiff, | |
| 13  v. | **CERTIFICATE OF SERVICE** |
| 14  HOUSTON FUNDING II, LTD., who has also been erroneously named HOUSTON FUNDING CORPORATION, SAKS FIFTH AVENUE, AND HSBC BANK NEVADA, N.A., | |
| 16       Defendants. | |

- 1 -

CERTIFICATE OF SERVICE -

# CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On August 29, 2008, I served the following document(s) on the parties in the within action:

**CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE**

| | |
|---|---|
| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

| | |
|---|---|
| Paul A. Brisso<br>Mitchell Brisso Delaney & Vrieze<br>914 Seventh Street<br>P.o. Box Drawer 1008<br>Eureka, CA 95502 | Attorney for Plaintiff<br>Robert C. Dedekam |
| Douglas C. Strauss<br>Archer Norris<br>2033 North Main Street<br>Suite 800<br>Walnut Creek, CA 94596 | Attorney for Defendant<br>HSBC Bank Nevada, N.A. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on August 29, 2008.

By _____
Jennifer E. Mueller